AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

USA V. HAFIZ MUHAMMAD ZUBAIR NASEEM

Case Number: 07 MAG 706

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
HAFIZ MUHAMMAD ZUBAIR NASEEM

I certify that I am admitted to practice in this court.

| 6/29/2007 | *[signature]* |
|---|---|
| Date | Signature |

| MICHAEL F. BACHNER | MFB-7719 |
|---|---|
| Print Name | Bar Number |

26 BROADWAY, SUITE 2310
Address

| NY | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 344-7778 | (212) 344-7774 |
|---|---|
| Phone Number | Fax Number |